JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHAN SIU TAN JOHN,<br><br>         Plaintiffs,<br><br>vs.<br><br>HUBERT GUEZ,<br><br>         Defendants. | CASE NO. CV 09-01650-MMM(Ex)<br><br>ORDER DISMISSING CIVIL ACTION |

    THE COURT having been advised by counsel that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is hereby dismissed without costs and without prejudice to the right, upon good cause shown within __45__ **days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

DATED: October 23, 2009

                                  *Margaret M. Morrow*
                                 MARGARET M. MORROW
                                 UNITED STATES DISTRICT JUDGE